# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

VONZELL STAMPS,

    Petitioner,

    **V.**    Case No. 06-0067-CV-W-FJG-P

TROY STEELE,

    Respondent.

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: the petition for writ of habeas corpus is denied; and this case is dismissed with prejudice. (FJG) (LAC)

Entered on: April 19, 2006

    P.L. BRUNE
    CLERK OF COURT


    L. Carr
    (By) Deputy Clerk